DEBORAH R. SZAJNBERG *v.* NATHAN M. SZAJNBERG

The plaintiff's petition for certification for appeal from the Appellate Court (AC 23588) is denied.

*Kenneth J. Bartschi* and *Wesley W. Horton,* in support of the petition.

*James Flaherty* and *Sandi Beth Girolamo,* in opposition.

Decided September 9, 2003

ESTATE OF NOZARIO MELENDEZ ET AL. *v.* VALLEY METALLURGICAL PROCESSING COMPANY, INC., ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court (AC 23921) is denied.

*Richard E. Gruskin,* in support of the petition.

Decided September 9, 2003

FORT TRUMBULL CONSERVANCY, LLC *v.* PLANNING AND ZONING COMMISSION OF THE CITY OF NEW LONDON

The plaintiff's petition for certification for appeal from the Appellate Court is dismissed.

*Scott W. Sawyer,* in support of the petition.

*Jeffrey T. Londregan,* in opposition.

Decided September 9, 2003